**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Kedrin KIZZEE, aka Robert F. Chase; et al., Defendant-Appellant.**

**No. 07–50205.**

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2008 *.

Filed July 7, 2008.

Lisa E. Feldman, Michael J. Raphael, Esq., USLA—Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff-Appellee.

Sean K. Kennedy, Esq., Gia Kim, Esq., FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant-Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: REINHARDT, LEAVY, and CLIFTON, Circuit Judges.

## MEMORANDUM **

Kedrin Kizzee appeals from the 288–month sentence imposed following his jury conviction for conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and 846, and possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Kizzee's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. This court gave appellant an opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.